IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN VAN DRUFF, :

    Plaintiff :

          vs. :

                Civil Action No.: 09- 02907

PNC BANK, NATIONAL ASSOCIATION, :

    Defendant :

### Notice of Dismissal

As the Defendant in the above-captioned case has not yet been served and has not filed an Answer, the Plaintiff may dismiss this case without a Court Order by filing a Notice of Dismissal (Rule 41(a) (1)(A)(i)) with the Court. The Plaintiff, having come to terms with the Defendant enumerated in the attached document titled "FULL AND FINAL RELEASE" (drafted on the 19th of November 2009 and received by the Plaintiff on the 10th of December 2009), respectfully requests that this case be dismissed in its entirety, with prejudice.

Dated: 12/12/2009

John Van Druff, *Pro se*
19429 Olney Mill Road
Olney, MD 20832
Ph. 240.328.3696

Plaintiff

"APPROVED" THIS 18th DAY of December 2009

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE